992

Respondents.—

Present — Wiliams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

JOSEPH BASILE, Appellant, v. ANDREA E. RESLER, an Infant, by Her Guardian ad Litem, ELEANOR T. RESLER, et al., Respondents.—

Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

PATRICIA A. VANDENBERG, an Infant, by FRANK VANDENBERG, Her Guardian ad Litem, Respondent, v. ERIE RAILROAD COMPANY, Appellant.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

BEATRICE VANDENBERG, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Same decision and like cause of action as in companion case of *Vandenberg* v. *Erie R. R. Co.* (14 A D 2d 992).

FRANK VANDENBERG, Respondent, v. ERIE RAILROAD COMPANY, Appellant. — Same decision and like cause of action as in companion case of *Vandenberg* v. *Erie R. R. Co.* (14 A D 2d 992).

MARY J. TIRONE, Respondent, v. ROGER TIRONE, Appellant.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GORDON GRAVES, Appellant.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

In the Matter of LORETTA V. MAYCHOSS, Doing Business under the Name of MARTIN'S RESTAURANT, Petitioner, v. MARTIN C. EPSTEIN et al., Constituting the State Liquor Authority, Respondents.—

Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

(A) EVELYN M. BROWN, Respondent, v. GEORGE H. COHN, Appellant, (Dec. 7, 1961). (B) WILLIAM DOUGLASS, Respondent, v. CITY OF BUFFALO, Appellant (Dec. 7, 1961). (C) VINCENT M. GAUGHAN, Plaintiff, v. J. HOWARD MCGRATH, Defendant. EDWARD LAMB, Plaintiff, v. VINCENT M. GAUGHAN et al., Defendants. (Dec. 28, 1961). (D) D. P. C. CORPORATION, Plaintiff, v. IRSOL J. JOBSON, Defendant. (Jan. 2, 1962). (E) JOHN C. INSEL, Appellant, v. RAYMOND P. SOBOTKA, Respondent. (Jan. 2, 1962). (F) EMANUEL B. KATZ, Respondent, v. SYRASHARE REALTY CO. INC., et al., Appellants, et al., Defendants. (Jan. 2, 1962). (G) KENNETH F. REISS et al., Doing Business as

REISS GAME PRESERVE OF CUBA, NEW YORK, Respondents, v. DICK MILLER, Appellant, (Brief by Dec. 10, 1961). (H) ARTHUR F. SCHNEIDER, Appellant, v. PHINA K. SCHNEIDER, Respondent. (Dec. 20, 1961). (I) ELTON D. SCHNEIDER, Respondent, v. RICHARD C. MEICZNIKOWSKI, Appellant. (Dec. 20, 1961).— [In each action] Appeal dismissed unless records and briefs are filed and served on or before a date certain.

■ HELEN R. CHAPPELLE, Appellant, v. MAURICE G. CHAPPELLE, Respondent.— Any application for counsel fees and expenses upon appeal should be made at Special Term.

■ FANNIE L. ADAMS, Appellant, v. PATRICIA M. ALLEN, Respondent.— Motion granted to prosecute appeal on typewritten papers; otherwise appellant's motion denied; appeal dismissed unless record and typed briefs are filed on or before January 2, 1962.

■ In the Matter of LOUIS DI PIRRO, Respondent.— Motion granted to prosecute appeal as a poor person.

■ ERIE COUNTY BOARD OF SOCIAL WELFARE, Respondent, v. NATHANIEL GOLDSMITH, Appellant.— Motion granted to prosecute appeal on one original non-ribbon typed record and five additional typed copies thereof, five typed briefs, except that only one ribbon copy of transcript of testimony need be filed.

■ WILLIAM LOMBARD, Appellant, v. BEVERLY DOBSON, as Administratrix of the Estate of RAYMOND R. DOBSON, Deceased, Respondent.— Motion granted to prosecute appeal on original and five typed copies of judgment roll and one copy of stenographic minutes, and printed briefs.

■ EDWIN A. URBAN, Respondent, v. BETTY W. URBAN, Appellant.— Motion granted to prosecute appeal on five typewritten copies of record in lieu of a printed appendix.

■ In the Matter of DOMINICK BRETTI, Respondent, v. ARCHIE G. EASTMAN, as Sheriff of Oneida County, Appellant.— Motion of New York State Sheriffs' Association to file a brief *amicus curiæ* granted.

■ JOSEPHINE SWEENEY, Respondent, v. CLEMENTS-GILLOUGHY CHEVROLET INC. et al., Appellants.— Motion for a stay of trial denied.

■ ARTHUR LEWIS, Appellant, v. LUIGI BATTAGLIA et al., Doing Business as BILLS' ACE OF HEARTS RESTAURANT, Respondents.— Motion granted and order dismissing appeal vacated, upon condition records and appellant's briefs are filed and served on or before December 20, 1961.

■ ANTHONY RICCO, Respondent, v. STANLEY J. STOLARCZYK, Respondent, and WERNER POLAK et al., Appellants. STANLEY STOLARCZYK, Respondent, v. WERNER POLAK et al., Appellants.— Motion granted and order of September 15, 1961 modified to provide that records and briefs must be filed and served by December 14, 1961; respondent's brief must be filed on or before December 22, 1961 if respondent desires to argue case at January 1962 Term.

■ MARIO FERRUSI, Appellant, v. DIRECT WINTERS TRANSPORTATION, LTD., et al., Respondents.— Motion granted and order of September 15, 1961 modified to provide that appellant's briefs be filed on or before December 15, 1961. Respondents' brief must be filed by December 22, 1961 if appeal is to be argued at January 1962 Term.

■ KENNETH PARSHALL, Appellant, v. MARY GRAHAM, Respondent. MILDRED PARSHALL, Appellant, v. MARY GRAHAM, Respondent.— Motion granted and order of September 22, 1961, dismissing appeal, vacated, and case added to January 1962 Term Calendar. Respondent directed to file brief on or before December 22, 1961.